UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SDNY PRO SE OFFICE

2022 OCT 28  PM 1: 12

CHUN HUA LIN

22 CV 09263

_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

XIU YING LIN

_____

JIN CHENG LIN

_____

XIUYING LIN

_____

JINCHENG LIN

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
Right to privacy, Right to freedom

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
            (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of

(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| CHUN | HUA | LIN |
|------|-----|-----|
| First Name | Middle Initial | Last Name |

**4357 MURRAY STREET**

Street Address

| FLUSHING | NY | 11355 |
|----------|-----|-------|
| County, City | State | Zip Code |

| 929-341-7243 | TONYLL3993@GMAIL.COM |
|--------------|----------------------|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

JIN CHENG                LIN
First Name               Last Name

N/A
Current Job Title (or other identifying information)

4530 163RD STREET #1
Current Work Address (or other address where defendant may be served)

FLUSHING                 NY            11358
County, City             State         Zip Code

Defendant 2:

XIU YING                 LIN
First Name               Last Name

SUSHICHEF
Current Job Title (or other identifying information)

35 MAIN STREET STE A
Current Work Address (or other address where defendant may be served)

IRVINGTON                NY            10533
County, City             State         Zip Code

Defendant 3:

JINCHENG                 LIN
First Name               Last Name

N/A
Current Job Title (or other identifying information)

4255 COLDEN STREET, APT 14B
Current Work Address (or other address where defendant may be served)

FLUSHING                 NY            11355
County, City             State         Zip Code

Page 4

Defendant 4:    XIUYING                    LIN
_____
First Name                    Last Name
N/A
_____
Current Job Title (or other identifying information)
4317 220TH STREET, #2
_____
Current Work Address (or other address where defendant may be served)
BAYSIDE                    NY              11361
_____
County, City                  State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  FLUSHING  QUEENS NEW YORK
_____


Date(s) of occurrence:  IT HAS BEEN FOR 4 YEARS
_____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Four years ago, they suddenly came to my side. We knew several common friends, and we played with common friends occasionally. They were friends of my friends. After a year, I found out that I was being followed by them, I wondered why I was being followed, so I asked someone to check them, then I felt something was hanging on me, about 7-8 months later Within a year, I could sometimes feel hearing them speak, feel something inside my organs, and control my mouth, breathing, and hand movements. I can hear everything in their conversations, including the fact that they seem to be listening in on me. They sometimes use my vocal cords, hands and mouth to control my behavior, harass me to sleep, even stop me from sleeping, make me dream, and sometimes feel like something hits me and makes me sore. This has been around for about 4 years now.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental torment, exhausted, unable to concentrate, unable to work properly

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Detain them, prosecute them and monitor them

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 10/28/2022 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Chun | Hua | Lin |
| First Name | Middle Initial | Last Name |
| 4357 Murray Street | | |
| Street Address | | |
| Flushing | NY | 11355 |
| County, City | State | Zip Code |
| 929-341-7243 | | tongll3993@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**Electronic Mind Control Weapon**

Electronic mind control technology is based on this principle. The weak brainwave electromagnetic radiation signal generated by brain activity is received and amplified by highly sensitive receiving elements, and the thinking activities inside the brain can be read through special decoding software processing, and vice versa. By transmitting specific modulated brainwave signals to the nervous system, information can also be directly written to the human brain, thereby realizing direct remote control of the human brain.

| | | | |
|---|---|---|---|
| **Chinese name** | Electronic mind control weapon | **Equipment** | Highly sensitive receiver element |
| **Principle** | Receive and amplify brain activity | **Function** | Realize direct remote control of human brain |

**1 Basic content**

## Principles of Electronic Mind Control Weapons (Brain Control Weapons)

(General encyclopedia)

**Introduction**

**Electronic mind control weapons, commonly known as brain control weapons, were first successfully developed by the United States in the mid-to-late 1970s. Its core includes monitoring satellites, brainwave deciphering software, and brainwave receiving technology. The United States has completed the global monopoly of this technology. In recent years, as the United States has increased its intelligence collection efforts from countries around the world, victims have spread all over the world.**

**Principle**

Human life activities will send out various biological signals, especially the brain activity is the strongest. During the process of metabolism, the brain will send out various signals and spread to space, which contains various information of human life activities, commonly known as "brain waves". After research, human visual signals, auditory signals, tactile signals, olfactory signals, taste signals, and thinking signals correspond to specific wavelengths and frequencies in brain waves. Visual signals, auditory signals, tactile signals, olfactory signals, and taste signals are integrated with thinking signals. By separating these signals and analyzing them, we can clearly understand the metabolism of the human body. **Electronic mind control weapon (brain control weapon) is to strengthen the human brain wave signal by special means and receive it by satellite, and simulate these biological signals through the physical signal sent by the satellite to interfere with the function of the human body.**

Electronic mind control weapon (brain control weapon) function

1. Able to simulate sound signals, directional input into the human brain, and only the frequency of the earphone, usually only the victim can hear, artificially create auditory hallucinations, commonly known as "sound transmission into the secret". When you change the wavelength and frequency of this physical signal, you can cause changes in direction and displacement, and you can hear this sound wherever you go, just like installing speakers in all directions around you. The victim has a feeling of being heavily watched.

2. It can simulate some simple biological signals to interfere with the physiological functions of the human body, such as abdominal pain, diarrhea, excitement (so excited that you can't sleep), nervousness, and fear. Scientists first isolate these biological signals from the human body, and then use physical signals to simulate these biological signals acting on the human body, causing various effects. But this kind of weapon can't completely control a person. For example, it can't control people's actions and actions and do things according to your will. Because the human body cannot recognize these action signals, and the human body has a shielding effect on these action signals, so as to protect the functions of the human body.

3. Use equipment to synthesize infrasound waves. When the infrasound waves act on the human body, it will cause myocardial infarction or death from cerebral hemorrhage.

4. Able to separate human visual signals and take pictures of everything the human eye sees. Scientists separate visual signals from human brain waves and restore them into video signals after computer processing, so that they can observe everything the monitored person sees from a distance.

5. Be able to hear everything you hear. The acoustic signals obtained by satellite reception and separation are transmitted to the monitoring personnel on the ground, and they can hear everything you hear. In the same way, tactile signals, olfactory signals, and taste signals can be separated, and your sense, smell, and taste can be monitored in real time. And it can simulate olfactory signals, allowing the monitor to smell the odors that cannot be smelled in the environment (phantom smell).

6. Be able to know what you're thinking at all times. Because the human body produces silent language in the process of thinking activities, when we slow down our thinking activities, we can clearly hear what we think. For example, when entering a password, we can clearly hear the voice of entering the password in our heart: 123123, which is synchronized with our thinking. When our thinking signals are fast, we cannot perceive this sound, but our thinking signals are still propagated into space in the form of brain waves. By separating the thought signals, you can always know what you are thinking. Electronic mind control weapons (brain control weapons) use equipment to separate this silent thinking signal, restore the frequency heard by the human ear, and then know what the monitored person is thinking. This advanced brainwave deciphering software has reached an extremely advanced level, capable of deciphering abstract thinking, because it is very accurate to use the separated thinking signals to check what you think in the process of research and development. Victims can do an experiment: if you are in the state of online translation of thought signals, that is, the monitor will say what you want, and it is exactly the same as you think. Move your brain a little, the thinking process should not exceed 0.5 seconds, give it enough time to decipher it. That's when you hear: It's a plate for a buffet, it's plastic, and it's white. The text-to-speech process takes 6,7 seconds. The deciphering process of 0.5 seconds of thinking activities will last for more than 6 seconds. When people are nervous, fearful, and lying, the corresponding wavelengths and frequencies in the thought signal change. As long as you move your brain a little bit, even if there is a little bit of cover up, it can be deciphered by this advanced deciphering software, and then you will know whether you are lying. Therefore, electronic mind control weapons are also often used for accurate acquisition of intelligence. In the United States, you don't want to see any detective being too godly. In fact, they only need to take the criminal suspect to a lie test, ask them some sensitive questions, and see what they think, and the case will basically be solved.

7. Able to monitor other people in the same environment, which can be achieved by positioning the eyes of the monitored person. This can make the monitoring objects from low-level to high-level, and it is difficult to prevent.

8. Global tracking, global positioning, global monitoring.

**Undetermined features:**

Whether the electronic mind control weapon (brain control weapon) can capture the vertical image of the monitored person and restore it cannot be determined, because the satellite signal comes from the vertical direction and

interacts with the surrounding light to form a signal and transmit it to the satellite, and the satellite then corrects it. The signal is restored. This means that even if the monitored person closes his eyes, the monitor can see what the monitored person is doing, which is not good for the monitored person. This can be illustrated in videos of high-ranking criminal evidence provided by US spies to various governments.

**Application status:**

Features of Electronic Mind Control Weapons (Mind Control Weapons):

**1. Easy to use and easy to operate.**

How to use: Use a satellite positioning device to aim at the human brain at a close distance, the satellite sends enhanced signals to the targeted human brain, and the human brain waves are directed to the satellite and received by the satellite. The brain waves are deciphered by the deciphering software on the satellite, which separates visual signals, auditory signals, tactile signals, olfactory signals, taste signals, and thinking signals, and converts them into signals received by humans. The satellite transmits these signals to the monitoring personnel on the ground to monitor the human body. The monitoring personnel on the ground then use computer software to send instructions to the satellite, and the satellite then radiates physical signals to interfere with the functions of the monitored person.

**2. Deterrence**

**Since electronic mind-controlled weapons (brain-controlled weapons) can directionally emit infrasound waves to the human body to cause sudden myocardial infarction or cerebral hemorrhage death, its deterrent effect is self-evident. Combined with the use of some psychological tactics, everyone around the victim can think that the victim has a mental problem, and the victim is tortured mentally and physically. The United States often use it to deter other countries. After the victims of the victims, the government would rather openly say that the victims have mental problems (schizophrenia) in order not to have a negative impact on society, rather than saying that they were violated by electronic mind-controlled weapons (brain-controlled weapons). It is very sad that the society in the world does not recognize the existence of victims. All the nations of the world lie to each other because of their deterrent nature.**

**3. Confusing**

Electronic mind control (brain control) weapons can artificially create auditory hallucinations, which can be heard no matter where you go, just like someone is following you no matter where you go, and only the victim can hear the specific frequency, while Unbeknownst to the victim, the victim was unknowingly marked with psychosis and diagnosed with schizophrenia. Victims were harassed for 24 hours without anyone around them knowing.

**4. Advance.** Electronic mind control weapons (brain control weapons) can translate people's thinking signals online, that is, they say what you think, and it is exactly the same as what you think. Many people think this is impossible, and even attribute the symptoms of the victim It is very distressing for mental problems. In this world, there is always only what you can't think of, and no one can't do it.

**5. Concealment**. The crime of electronic mind-controlled weapons (brain-controlled weapons) has extremely powerful concealment, and there is no case detected in the world at present.

**6. Mystery.** So far, many of his functions are not known, and the exposure of the victims only shows the tip of his iceberg.

**Electronic Mind Control (Mind Control Weapon) Victims**

Electronic mind control (brain control weapons) victims, also known as brain wave victims, brain wave scanner victims, are victims of electronic mind control (brain control) weapons. The causes of damage can be divided into the following categories:

**1. For the purpose of monitoring by monitoring personnel, the victims are all civilians**. The victims were all diagnosed with schizophrenia and marked with psychosis. Mainly test the use of various psychological tactics and the use of electronic mind control (brain control) weapon functions. Victims were mentally and physically tortured and highly isolated (as they were with political enemies). They are located in various cities and are distributed all over the world, showing the characteristics of more developed areas and less remote areas. After 2009, with the development of network communication, the number of victims increased sharply. The number of people in the world is about 1600--2500. Such victims identify themselves as being attacked by electronic mind-controlled (mind-controlled) weapons primarily by browsing the web. A considerable number of victims are unaware of the exposure to this weapon and the years or even decades of misfortune that ensues. This category of victims mainly accounts for eight per cent of the total number of victims.

**2. For intelligence gathering purposes.** The victims were mainly high-ranking military officials. The risk that these people bear is that evidence of their own violations of disciplines and violations will be collected by US intelligence officers, which will not only lead to information leakage, but may also be jailed. Such victims account for about half of the victims.

**3. For the purpose of attacking personnel of other countries.** This type of victim bears the risk of the second type of victim, and the higher the official rank, the greater the influence, and the greater the chance of being victimized.

**Introducing the monitor**

**Three Stages of Victim Victimization: (Civilian Victimization Only)**

In the early stage of the victimization, the victim was subjected to a large number of artificially created auditory hallucinations, which were extremely confusing, but the victim did not know it. Affected by artificially created auditory hallucinations, the victim is severely depressed, has a great loss of interest, has no interest in studying and work, and feels that he does not want to live. The optimistic and cheerful person is taciturn and suffers mental and physical torture, just like the pathogenesis of general mental illness. , is extremely difficult to identify.

In the middle stage of the victimization, the victim is aware of the auditory hallucinations, because at this time the monitor begins to deceive the victim in order to increase the influence, and uses the computer to have a conversation with them, and they communicate through artificially created auditory hallucinations. Victims cannot distinguish the authenticity of the information, are deceived, and enter various dangerous situations. At this time, people around saw the victim talking to himself, thinking that he was mentally abnormal. After a series of abnormal behaviors caused by electronic mind-controlled (brain-controlled) weapons, the victim's relatives took the victim to a psychiatric hospital for treatment, where the victim was diagnosed with schizophrenia and marked with mental illness. This stage is characterized by the victim suffering from a large number of artificially created auditory hallucinations, which can be distinguished from general mental illness in terms of content: ridicule, sarcasm, ridicule, intimidation, threat, deception, ambiguousness, and abuse. Doctors should do preventive work to prevent victims from committing suicide. During this period, you may confirm that you are the victim of electronic mind control (brain control) weapons by checking the web page.

In the later stage of the victimization, the victim was mentally and physically tortured, suffered from artificially created auditory hallucinations, and exhibited typical symptoms of electronic mind control (brain control) weapon victimization, such as abdominal pain, diarrhea, unexplained pain, intermittent seizures, to The hospital couldn't find the cause at all. Inexplicable tension, fear, too excited to fall asleep, insomnia. Victims already know the fact that they have been victimized, but there is no solution.

**Issues faced by victims:**

1. Interpersonal relationships are highly isolated, there is no object to speak to, and I feel very lonely.

**2. Password problem**. Since everyone has to go through the thinking signal to enter the password, the monitor can easily separate the password from your thinking signal, just like you read it out in your mind. Money is something outside the body, not much to say about this. But others can compromise your social software through account numbers and passwords. Fortunately, both QQ and QQ mailbox have a device lock function. After opening the device lock, you can log in on the new device through SMS verification and other methods, which is relatively safe. But Weibo and online banking will not work. Alipay needs to perform double verification of payment password and mobile phone verification code by binding the verification code sent to the mobile phone, so pay more attention to this.

3. No matter how irritated others are, you should ignore them. At the same time, you should do a good job in the prevention of various crises, and try to minimize the loss and mental damage as much as possible.

4. Suicide does not solve the problem. This is an act of unfilial piety. No matter how complicated and sinister the environment is, we must survive. Every victim is a witness to history. You kill yourself, and they go on to kill other people, and others suffer just like you. It's better to take all the pain yourself and be a great person.

5. Do what you need to do at any time, and never be distracted or saddened by things that are not worth it. The ability to adapt must be strong and work hard to adapt to the environment in order to achieve good results. These people will get out sooner or later, and the United States will not spend hundreds of thousands of dollars to support them every year. Years later when you recall your extraordinary experience, you will be proud of yourself.

网页　微信　知乎　图片　视频　医疗　科学　汉语　问问　百科　更多»　　　　登录

搜狗百科　　电子精神控制武器　　　　　　　　　进入词条　　搜索词条　　帮助

# 电子精神控制武器

编辑词条　　　　　添加义项　　同义词　　收藏　　分享

词条信息

词条浏览：10596次

最近更新：22.06.08

编辑次数：12次

创建者：橄榄

电子精神控制技术就是根据这一原理，通过高灵敏的接收元件接收并放大大脑活动所产生的微弱脑电波电磁辐射信号，经专门的译码软件处理就可读懂大脑内部的思维活动，反过来通过向神经系统发射调制后的特定脑电波信号，也可以向人脑直接写入信息，从而实现对人脑的直接遥控。

相关搜索

全球电子精神控制武器
电子精神控制武器原理
电子精神控制武器算法
接收脑电波控制方法
电子精神控制原理

| 中文名 | 电子精神控制武器 | 设备 | 高灵敏的接收元件 |
|---|---|---|---|
| 原理 | 接收并放大大脑活动 | 作用 | 实现对人脑的直接遥控 |

## 目录

1 基本内容

## 基本内容

编辑

电子精神控制武器（脑控武器）原理

（百科通用）

简介

电子精神控制武器俗称脑控武器，于70年代中后期由美国率先研制成功，其核心包括监控卫星，脑电波破译软件以及脑电波的接收技术。美国已经完成该技术在全球的垄断。近些年来，随着美国对世界各国情报收集力度的增大，受害者已经遍布全世界。

原理

人的生命活动会发出各种生物信号，尤其是大脑的活动最为强烈。大脑在进行新陈代谢的过程中会发出各种信号，并向空间传播，包含着人体生命活动的各种信息，俗称"脑电波"。经研究，人的视觉信号，听觉信号，触觉信号，嗅觉信号，味觉信号，思维信号在脑电波中对应特定波长和频率。视觉信号，听觉信号，触觉信号，嗅觉信号，味觉信号又集成于思维信号。通过分离这些信号，对这些信号进行分析，可以清楚地了解到人体的代谢情况。电子精神控制武器（脑控武器）就是通过特殊的手段使人体脑电波信号加强而被卫星接收，通过卫星发出的物理信号模拟这些生物信号来干扰人体的机能。

电子精神控制武器（脑控武器）功能

1. 能够模拟声音信号，定向输入人的大脑，并且只有耳机的频率，通常只有受害者能够听见，人为地制造幻听，俗称"传音入密"。当改变这种物理信号的波长和频率时，可以引起方向和位移的变化，到哪里都可以听到这种声音，就像在你周围各个方向安了扬声器一样。受害者有严重被监视的感觉。

2. 能够模拟一些简单的生物信号来干扰人体的生理机能，如产生腹痛，腹泻，兴奋（兴奋得睡不着觉），紧张，恐惧。科学家先从人体中分离得到这些生物信号，然后用物理信号模拟这些生物信号作用于人体，引发各种效应。但这种武器并不能完全控制一个人，如不能控制人的行为动作，按你的意志去做事。因为人体不能够识别这些动作信号，而且人体对这些动作信号有屏蔽作用，以此来保护人体的机能。

3. 用设备合成次声波，当次声波作用于人体后会引起心肌梗死或脑溢血死亡。

4. 能够分离人的视觉信号拍下人眼看到的一切。科学家从人体脑电波中分离出视觉信号，经电脑处理后还原成视频信号，从而可以在远处观察到被监控者看到的一切。

5. 能够听到你听到的一切。利用卫星接收分离得到的声觉信号传给地面的监控人员，可以听到你听到的一切。同理分离出触觉信号，嗅觉信号，味觉信号，可以实时监控你的感觉，嗅觉，味觉。并能模拟嗅觉信号，可以让监控者闻到环境中闻不到的气味（幻嗅）等。

6. 能够随时知道你在想什么。因为人体在进行思维活动的过程中，会产生无声的语言，当我们放慢思维活动时，我们可以很清楚地听到自己所想的。比如输入密码时，我们可以很清楚的听到自己心里面输入密码的声音：123123，它与我们的思维同步。而我们思维信号很快时，我们觉察不到这种声音，但我们的思维信号仍以脑电波的形式向空间传播。通过分离思维信号，能够随时知道你在想什么。电子精神控制武器（脑控武器）就是利用设备把这种无声的思维信号分离出来，还原成人耳听到的频率，进而知道被监控者在想些什么。这种先进的脑电波破译软件已经达到极其先进的地步，已能够对抽象的思维进行破译，因为在研发的过程中用分离到的思维信号与你所想的进行核对，已经十分精确。受害者可以做个试验：如果你正处于思维信号在线翻译状态，即你想什么监控者就说什么，并且和你想的一模一样。你脑子稍微动一下，该思索过程不超过0.5秒，给足够的时间让它破译。这时你就会听到：这是一个吃自助餐的盘子，是塑料的，而且是白色的。文字转语音的过程要持续6,7秒。0.5秒的思维活动破译过程要持续6秒以上的时间。当人紧张，恐惧以及说谎时，思维信号中相应的波长和频率就会发生变化。只要你脑子稍微动一下，哪怕有一点点的掩饰，都能被这种先进的破译软件破译出来，进而知道你是不是说了谎。因而电子精神控制武器也常用于情报的精确获取。在美国，你不要看哪个侦探多神，其实他们只要把犯罪嫌疑人去测个谎，问他们一些敏感的问题，看他们是如何想的，这个案子基本上就破了。

7. 能够对同样环境下的其他人进行监控，可通过被监控者的眼睛定位实现。这样可以使监控对象由低级到高级，很难预防。

8. 全球跟踪，全球定位，全球监控。

不能确定的功能：

电子精神控制武器（脑控武器）是否能够拍下被监控者垂直方向的影像并进行还原不能确定，因为卫星信号是来自垂直方向，与周围环境光相互作用，形成信号传给卫星，卫星再对信号进行还原。这意味着即使被监控者即使闭上眼睛，监控者也可以看到被监控者在做什么，对被监控者很不利。这可以由美国间谍人员向各国政府提供的高官犯罪证据的视频中可以说明。

应用现状：

电子精神控制武器（脑控武器）的特点：

1. 便于使用，操作简单。

使用方法：用卫星定位装置在近距离瞄准人的脑部，卫星向被瞄准人脑部发射加强信号，人的脑电波定向传向卫星，被卫星所接收。脑电波被卫星上的破译软件破译，分离出视觉信号，听觉信号，触觉信号，嗅觉信号，味觉信号，思维信号，并转化为人所接收到的信号。卫星把这些信号传给地面的监控人员，对人体进行监控。地面上的监控人员再用电脑软件向卫星发出指令，卫星再放射物理信号干扰被监控者机能。

**2.威慑性**

由于电子精神控制武器（脑控武器）能够向人体定向发射次声波造成人突发心肌梗死或脑溢血死亡，其威慑性不言而喻。并结合一些心理学战术的使用，可以让受害者周围所有人认为受害者有精神问题，受害者受到精神和肉体的折磨。美国常用它来威慑他国。而受害国家人员受害后，政府为了不对社会造成消极影响，宁愿公开说受害者有精神问题（精神分裂症）而不愿说是受到电子精神控制武器（脑控武器）的侵害，致使现在高度发展的社会都不承认受害者的存在，让人十分痛心。世界所有国家都彼此说谎，这都是由其威慑性造成的。

**3.迷惑性**

电子精神控制（脑控）武器能够人为地制造幻听，这种声音不管你到哪里都可听到，就像不管到哪里都有人跟踪你一样，而且特定频率，只有受害者可以听到，而受害者不知道，受害者不知不觉被打上精神病印记，被诊断为精神分裂症。受害者受到24小时的骚扰，周围人并不知道。

4.超前性。电子精神控制武器（脑控武器）能够对人的思维信号进行在线翻译，即你想什么他们就说什么，并且和你想的一模一样，好多人认为这不可能，甚至将受害者的相关症状归结为精神问题，让人很痛心。这个世界永远只有你想不到的，没有人做不到的。

5.隐蔽性。电子精神控制武器（脑控武器）犯罪具有极其强大的隐蔽性，目前世界上还没有侦破的案例。

6.神秘性。至今他的好多功能还不为人所知，受害者的曝光也只露出他的冰山一角。

电子精神控制（脑控武器）受害者

电子精神控制（脑控武器）受害者又叫做脑电波受害者，脑电波扫描仪受害者，是遭受电子精神控制（脑控）武器侵害的受害者。其受害原因可以分为以下几类：

1.出于监控人员试验为目的的监控，受害主体全部为平民。受害者全部被诊断成精神分裂症，被打上精神病的印记。主要试验各种心理学战术的使用和电子精神控制（脑控）武器功能的使用。受害者受到精神和肉体的折磨，并受到高度的孤立（就像他们对待政敌那样）。他们分部于各个城市，世界各地都有分布，并呈现出发达地区多，偏远地区少的特点。在2009年以后随着网络通讯发达，受害者人数突增。全球人数大约1600--2500名。这类受害者确认自己受到电子精神控制（脑控）武器攻击主要靠查阅网页。相当一部分受害者还不知道遭受这种武器侵害，以及随之而来长达数年甚至数十年的厄运。这一类受害者主要占受害者总人数的百分之八。

2.出于情报收集为目的。受害者主要为军队高官。这些人承受的风险是自己违纪违规的证据被美国情报人员收集到，不但造成情报泄露，还可能入狱。该类受害者约占受害者人数的一半。

3.出于打击他国人员为目的。该类受害者承担第二类受害者的风险，并且官级越高，影响力越大，受害几率越大。

监控者介绍

受害者受害三阶段：（仅为平民受害形式）

受害前期，受害者受到大量人为制造的幻听，具有极大的迷惑性，而受害者不知道。受人为制造幻听影响，受害者重度抑郁，兴趣大减，学习和工作没有兴趣，有不想活下去的感觉，原来乐观开朗的人沉默寡言，并受到精神和肉体的折磨，和一般精神病发病机制一样，极难鉴别。

受害中期，受害者察觉到幻听，因为此时监控者为加大影响开始欺骗受害者，并用电脑和他们发生对话，他们通过人为制造幻听沟通。受害者不能辨别信息真伪，被欺骗，步入各种险境。此时周围人见到受害者自言自语，认为他精神不正常。由电子精神控制（脑控）武器引起的一系列不正常行为后，受害者亲属将受害者带到精神病医院治疗，受害者被诊断为精神分裂症，被打上精神病的印记。这一阶段的特点是受害者遭受大量人为制造幻听，

从内容上可以和一般精神疾病区分开来：讥笑，挖苦，嘲讽，恐吓，威胁，欺骗，暧昧，辱骂。医生要做好预防工作，防止受害者自杀。期间可能通过查阅网页确认自己是电子精神控制（脑控）武器受害者。

受害后期，受害者遭到精神和肉体拆磨，遭受人为制造幻听之苦，并出现典型的电子精神控制（脑控）武器受害症状，如腹痛，腹泻，不明原因的疼痛，间歇性发作，到医院完全查不出原因。莫名原因的紧张，恐惧，兴奋得睡不着觉，失眠。受害者已经知道自己受害的事实，但没有解决的办法。

受害者面临的问题：

1. 人际关系高度孤立，没有诉说对象，感到很孤独。

2. 密码问题。由于每个人输入密码都要经过思维信号思索，监控者可以轻易的从你的思维信号中分离到密码，就像你自己在心里念出来一样。钱乃身外之物，这个不多说。但是别人可以通过账号和密码危害你的社交软件。幸运的是QQ和QQ邮箱都有设备锁功能，打开设备锁就可通过短信验证等方式在新设备登录，比较安全。但微博和网银就不行。支付宝要和向手机发送验证码绑定的方式进行支付密码和手机验证码双重验证，这个要多注意。

3. 不管别人怎么激怒你都不要理他们，同时要做好应对各种危机的防范工作，尽量将损失和精神伤害减小到最小。

4. 自杀不能解决问题。这是一种不孝的行为，不管环境多么复杂，险恶都要活下去，每个受害者都是历史的见证人。你自杀了，他们就会接着去害其他的人，又有人像你一样受害。不如自己承担起所有的痛苦，做个伟大的人。

5. 在什么时间该做什么就做什么，千万不要为不值得的事分心，伤心。适应能力一定要强，努力地去适应环境，这样才能取得好成绩。这些人迟早要滚的，美国每年不会拿几十万白养他们。多少年后当你回忆起自己不平凡的经历时，你会为自己感到骄傲。

相关法律：

电子精神控制（脑控）武器犯罪具有极其严重的反人类罪，犯罪性质极其严重，按我国刑法，依间谍罪依法判处死刑，并没收全部所得。除非监控者有立功表现，予以减刑。

**词条标签：**

**合作编辑者：**

百科用户1662709887114、百科用户、Moiowiud、百科用户、百科用户、句剧、皮、来、宅、劫恣、上流分半、 更多

免责
声明

搜狗百科词条内容由用户共同创建和维护，不代表搜狗百科立场。如果您需要医学、法律、投资理财等专业领域的建议，我们强烈建议您独自对内容的可信性进行评估，并咨询相关专业人士。

**相关搜索**

飞机电子精神控制武器    电子精神控制武器治疗    电子精神控制药物解药    抵御脑电波控制方法    电子精神控制器制作

电子精神控制武器吗？    电子精神武器    电子精神控制武器制作    电子精神控制武器设备    电子精神控制武器立法

| 新手指引 | 问题解答 | 意见反馈及投诉 | 对外合作 |
| --- | --- | --- | --- |
| 了解百科　编辑规范 | 关于审核　关于编辑 | 举报与质疑　举报非法用户 | 邮件合作　词条认领 |
| 用户体系　商城兑换 | 关于创建　常见问题 | 未通过申诉　反馈侵权信息 | 官方微博　微信公众号 |

企业推广　　免责声明　　用户协议　　隐私政策　　编辑帮助　　意见反馈及投诉



# ELECTRONIC HARASSMENT WEAPON EFFECTS





PC计算机软件程序的 "精神控制"



Mind 意识控制选项          Body 身体控制选项

| Voice to skull | 颅内音 | Electric shock | 电击头颅 |
| Emotion clon | 情绪克隆 | Power itch | 制造电击瘙痒 |
| Memory kill | 记忆抹杀 | Limb move | 控制四肢举动 |
| Idea kill | 思考抹杀 | Collapse | 控制崩溃 |
| Idea prog | 思考目录 | Fatigue | 无法翻译 |
| Holog img | 逻辑想象 | Force sleep | 强制睡眠 |
| View tgt hear | 查看tgt听觉 | Force wake | 强制清醒 |
| （能够听到你听到的东西） | | Sickness | 强制疾病 |
| Read thoughts | 阅读思考 | High heat | 高度仇恨 |
| （看到你阅读的内容） | | Fast Pulse | 心跳加快 |
| Force spch | 强迫spch | Orgasm | 控制性高潮 |
| Force hate | 强迫仇恨 | | |



FORCED MEMORY BLANKING AND INDUCED ERRONEOUS ACTIONS

INDUCED CHANGES TO HEARING - BOTH APPARENT DIRECTION AND VOLUME, AND SOMETIMES EVEN CONTENT

SUDDEN, VIOLENT ITCHING INSIDE EYELIDS

FORCED MANIPULATION OF AIRWAYS, INCLUDING EXTERNALLY CONTROLLED FORCED *SPEECH*

WILDLY RACING HEART WITHOUT CAUSE

REA KID TAL

🔒 mindcontrol.home.blog — 无痕浏览